JOSEPH PLATIA, PLAINTIFF-PETITIONER, v. JAMES POWERS, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Jack Prizzia* for the petitioner.

*Messrs. Losche & Losche* for the respondent.

February 24, 1958. Denied.

RUDOLF WORBETZ, PLAINTIFF-PETITIONER, v. GEORGE F. GOODMAN, DEFENDANT-RESPONDENT.

*Mr. Rudolf Worbetz in propria persona.*

*Mr. Leon Gerofsky* and *Mr. Robert O. Brokaw* for the respondent.

See same case below: 47 *N. J. Super.* 391.

March 3, 1958. Denied.